# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL D. COHEN, *Plaintiff,* v. UNITED STATES OF AMERICA, DONALD J. TRUMP, former President of the United States, WILLIAM BARR, former Attorney General of the United States, MICHAEL CARVAJAL, Director of the Bureau of Prisons, JON GUSTIN, Administrator of the Residential Reentry Management Branch of the Bureau of Prisons, PATRICK MCFARLAND, Residential Reentry Manager of the Federal Bureau of Prisons, JAMES PETRUCCI, Warden of FCI Otisville, ENID FEBUS, Supervisory Probation Officer of the United States Probation and Pretrial Services, ADAM PAKULA, Probation Officer of the United States Probation and Pretrial Services, and JOHN and JANE DOE (1-10) agents, servants, and employees of the United States *Defendants.* | Case No. 21-cv-10774 (LJL) **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Michael D. Cohen, Plaintiff in the above-titled action, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment of the United States District Court for the Southern District of New York dismissing all counts of his Complaint entered in this action on November 14th, 2022 (ECF No. 76).

Dated: January 10, 2023
New York, New York

Respectfully submitted,

*/s/ E. Danya Perry*
E. Danya Perry (No. 2839983)
PERRY GUHA LLP
1740 Broadway, 15th Floor
New York, New York 10019
Email: dperry@perryguha.com
Telephone: (212) 399-8340
Facsimile: (212) 399-8331

*Attorney for Plaintiff Michael D. Cohen*

## CERTIFICATE OF SERVICE

I, E. Danya Perry, certify that on January 10, 2023, I caused the foregoing Notice of Appeal by Plaintiff Michael D. Cohen to be filed with the Clerk of the Court and served upon all counsel of record via CM/ECF system.

Dated: January 10, 2023             Respectfully submitted,
       New York, New York

                                                    */s/ E. Danya Perry*
                                                    E. Danya Perry

CLOSED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:21−cv−10774−LJL

Cohen v. United States of America et al
Assigned to: Judge Lewis J. Liman
Cause: 28:1331tt Fed. Question: Tort Action

Date Filed: 12/16/2021
Date Terminated: 11/15/2022
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Michael D. Cohen** represented by **E. Danya Perry**
Perry Guha LLP
1740 Broadway, 15th Floor
New York, NY 10019
212−399−8340
Fax: 212−399−8331
Email: dperry@perryguha.com
*ATTORNEY TO BE NOTICED*

**Jeffrey K. Levine**
Law Offices of Jeffrey K. Levine
340 West 57th Street
Suite 11e
New York, NY 10019
212−721−9600
Email: jl@nyadvocate.com
*ATTORNEY TO BE NOTICED*

**Andrew C. Laufer**
Law Office of Andrew C. Laufer, PLLC
264 West 40th Street
Suite 604
New York, NY 10018
212−422−1020
Email: alaufer@lauferlawgroup.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States of America** represented by **Allison Rovner**
United States Attorney's Office SDNY
86 Chambers St.
New York, NY 10007
(212)−637−2691
Fax: (212)−637−2750
Email: Allison.Rovner@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alyssa O'Gallagher**
DOJ−USAO
86 Chambers St
New York, NY 10007
917−754−4386
Email: alyssa.o'gallagher@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Donald J. Trump**<br>*former President of the United States* | represented by | **Alina Habba**<br>Habba Madaio & Associates LLP<br>1430 US Highway 206<br>Suite 240<br>Bedminster, NJ 07921<br>908–869–1188<br>Email: ahabba@habbalaw.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael T Madaio**<br>Habba Madaio & Associates LLP<br>1430 US Highway 206<br>Suite 240<br>Bedminster, NJ 07921<br>908–869–1188<br>Email: mmadaio@habbalaw.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **William Barr**<br>*former Attorney General of the United States* | represented by | **Allison Rovner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Alyssa O'Gallagher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Michael Carvajal**<br>*Director of the Bureau of Prisons* | represented by | **Allison Rovner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Alyssa O'Gallagher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Jon Gustin**<br>*Administrator of the Residential Reentry Management Branch of the Bureau of Prisons* | represented by | **Allison Rovner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Alyssa O'Gallagher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Patrick Mcfarland**<br>*Residential Reentry Manager of the Federal Bureau of Prisons* | represented by | **Allison Rovner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Alyssa O'Gallagher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **James Petrucci**<br>*Warden of FCI Otisville* | represented by | **Allison Rovner**<br>(See above for address)<br>*LEAD ATTORNEY* |

|  | *ATTORNEY TO BE NOTICED* |
|---|---|
|  | **Alyssa O'Gallagher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| **Enid Febus**<br>*Supervisory Probation Officer of the United States Probation and Pretrail Services* | represented by | **Allison Rovner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Alyssa O'Gallagher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| **Adam Pakula**<br>*Probation Officer of the United States Probation and Pretrial Services* | represented by | **Allison Rovner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Alyssa O'Gallagher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/16/2021 | 1 | **FILING ERROR – DEFICIENT PLEADING – FILED AGAINST PARTY ERROR** – COMPLAINT against All Defendants. (Filing Fee $ 402.00, Receipt Number ANYSDC–25479126)Document filed by Michael D. Cohen..(Laufer, Andrew) Modified on 12/17/2021 (jgo). (Entered: 12/16/2021) |
| 12/16/2021 | 2 | NOTICE OF APPEARANCE by Jeffrey K. Levine on behalf of Michael D. Cohen..(Levine, Jeffrey) (Entered: 12/16/2021) |
| 12/17/2021 |  | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Andrew C. Laufer to RE–FILE Document No. 1 Complaint,. The filing is deficient for the following reason(s): all of the parties listed on the pleading were not entered on CM/ECF; add party Jane Doe 1–10 with party text 'agents, servants, and employees of the United States; the All Defendant radio button was selected;. Re–file the pleading using the event type Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (jgo)** Modified on 12/17/2021 (jgo). (Entered: 12/17/2021) |
| 12/17/2021 |  | **\*\*\*NOTICE TO ATTORNEY TO ELECTRONICALLY FILE CIVIL COVER SHEET. Notice to Attorney Andrew C. Laufer. Attorney must electronically file the Civil Cover Sheet. Use the event type Civil Cover Sheet found under the event list Other Documents. (jgo)** (Entered: 12/17/2021) |
| 12/17/2021 |  | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Andrew C. Laufer. The party information for the following party/parties has been modified: all defendants. The information for the party/parties has been modified for the following reason/reasons: party name was entered in all caps; party text was omitted;. (jgo)** (Entered: 12/17/2021) |
| 12/17/2021 |  | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Lewis J. Liman. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at |

| | | |
|---|---|---|
| | | https://nysd.uscourts.gov/rules/ecf–related–instructions..(jgo) (Entered: 12/17/2021) |
| 12/17/2021 | | Magistrate Judge Gabriel W. Gorenstein is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (jgo) (Entered: 12/17/2021) |
| 12/17/2021 | | Case Designated ECF. (jgo) (Entered: 12/17/2021) |
| 12/17/2021 | 3 | COMPLAINT against William Barr, Michael Carvajal, Enid Febus, John Gustin, Patrick Mcfarland, Adam Pakula, James Petrucci, Donald J. Trump, United States of America. Document filed by Michael D. Cohen..(Laufer, Andrew) (Entered: 12/17/2021) |
| 12/17/2021 | 4 | **FILING ERROR – PDF ERROR – CIVIL COVER SHEET filed..(Laufer, Andrew) Modified on 12/17/2021 (gp). (Entered: 12/17/2021)** |
| 12/17/2021 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to United States of America, re: 3 Complaint. Document filed by Michael D. Cohen..(Laufer, Andrew) (Entered: 12/17/2021) |
| 12/17/2021 | 6 | REQUEST FOR ISSUANCE OF SUMMONS as to Donald J. Trump, re: 3 Complaint. Document filed by Michael D. Cohen..(Laufer, Andrew) (Entered: 12/17/2021) |
| 12/17/2021 | 7 | REQUEST FOR ISSUANCE OF SUMMONS as to William Barr, re: 3 Complaint. Document filed by Michael D. Cohen..(Laufer, Andrew) (Entered: 12/17/2021) |
| 12/17/2021 | 8 | REQUEST FOR ISSUANCE OF SUMMONS as to Michael Carvajal, re: 3 Complaint. Document filed by Michael D. Cohen..(Laufer, Andrew) (Entered: 12/17/2021) |
| 12/17/2021 | 9 | REQUEST FOR ISSUANCE OF SUMMONS as to Jon Gustin, re: 3 Complaint. Document filed by Michael D. Cohen..(Laufer, Andrew) (Entered: 12/17/2021) |
| 12/17/2021 | 10 | REQUEST FOR ISSUANCE OF SUMMONS as to Patrick McFarland, re: 3 Complaint. Document filed by Michael D. Cohen..(Laufer, Andrew) (Entered: 12/17/2021) |
| 12/17/2021 | 11 | REQUEST FOR ISSUANCE OF SUMMONS as to James Petrucci, re: 3 Complaint. Document filed by Michael D. Cohen..(Laufer, Andrew) (Entered: 12/17/2021) |
| 12/17/2021 | 12 | REQUEST FOR ISSUANCE OF SUMMONS as to Enid Febus, re: 3 Complaint. Document filed by Michael D. Cohen..(Laufer, Andrew) (Entered: 12/17/2021) |
| 12/17/2021 | 13 | REQUEST FOR ISSUANCE OF SUMMONS as to Adam Pakula, re: 3 Complaint. Document filed by Michael D. Cohen..(Laufer, Andrew) (Entered: 12/17/2021) |
| 12/17/2021 | | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Andrew Laufer. The party information for the following party/parties has been modified: John Gustin. The information for the party/parties has been modified for the following reason/reasons: party name contained a typographical error;. (gp)** (Entered: 12/17/2021) |
| 12/17/2021 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Andrew Laufer to RE–FILE Document No. 4 Civil Cover Sheet. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the civil cover sheet is not correct (NATURE OF SUIT INFORMATION IS MISSING). Re–file the document using the event type Civil Cover Sheet found under the event list Other Documents and attach the correct PDF. Use civil cover sheet issued by S.D.N.Y. dated October 1, 2020. The S.D.N.Y. Civil Cover Sheet dated October 1, 2020 is located at http://nysd.uscourts.gov/file/forms/civil–cover–sheet.. (gp)** (Entered: 12/17/2021) |
| 12/17/2021 | 14 | ELECTRONIC SUMMONS ISSUED as to United States of America..(gp) (Entered: 12/17/2021) |

| | | |
|---|---|---|
| 12/17/2021 | 15 | ELECTRONIC SUMMONS ISSUED as to Donald J. Trump..(gp) (Entered: 12/17/2021) |
| 12/17/2021 | 16 | ELECTRONIC SUMMONS ISSUED as to William Barr..(gp) (Entered: 12/17/2021) |
| 12/17/2021 | 17 | ELECTRONIC SUMMONS ISSUED as to Michael Carvajal..(gp) (Entered: 12/17/2021) |
| 12/17/2021 | 18 | ELECTRONIC SUMMONS ISSUED as to Jon Gustin..(gp) (Entered: 12/17/2021) |
| 12/17/2021 | 19 | ELECTRONIC SUMMONS ISSUED as to Patrick Mcfarland..(gp) (Entered: 12/17/2021) |
| 12/17/2021 | 20 | ELECTRONIC SUMMONS ISSUED as to James Petrucci..(gp) (Entered: 12/17/2021) |
| 12/17/2021 | 21 | ELECTRONIC SUMMONS ISSUED as to Enid Febus..(gp) (Entered: 12/17/2021) |
| 12/17/2021 | 22 | ELECTRONIC SUMMONS ISSUED as to Adam Pakula..(gp) (Entered: 12/17/2021) |
| 12/20/2021 | 23 | CIVIL COVER SHEET filed..(Laufer, Andrew) (Entered: 12/20/2021) |
| 01/07/2022 | 24 | NOTICE OF INITIAL PRETRIAL CONFERENCE: Initial Conference set for 3/2/2022 at 11:00 AM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman. (Signed by Judge Lewis J. Liman on 1/7/2022) (va) (Entered: 01/07/2022) |
| 01/18/2022 | 25 | AFFIDAVIT OF SERVICE. United States of America served on 1/7/2022, answer due 1/28/2022. Service was accepted by Ostrich Gordon. Document filed by Michael D. Cohen..(Laufer, Andrew) (Entered: 01/18/2022) |
| 01/18/2022 | 26 | AFFIDAVIT OF SERVICE. Donald J. Trump served on 1/5/2022, answer due 1/26/2022. Service was accepted by Doorman – "John Doe". Service was made by MAIL. Document filed by Michael D. Cohen..(Laufer, Andrew) (Entered: 01/18/2022) |
| 01/18/2022 | 27 | AFFIDAVIT OF SERVICE. William Barr served on 12/30/2021, answer due 1/20/2022. Service was accepted by William Barr. Document filed by Michael D. Cohen..(Laufer, Andrew) (Entered: 01/18/2022) |
| 02/07/2022 | 28 | AFFIDAVIT OF SERVICE. Michael Carvajal served on 2/2/2022, answer due 2/23/2022. Service was accepted by Corinne Nastro. Document filed by Michael D. Cohen..(Laufer, Andrew) (Entered: 02/07/2022) |
| 02/07/2022 | 29 | AFFIDAVIT OF SERVICE. Jon Gustin served on 2/2/2022, answer due 2/23/2022. Service was accepted by Corinne Nastro. Document filed by Michael D. Cohen..(Laufer, Andrew) (Entered: 02/07/2022) |
| 02/07/2022 | 30 | AFFIDAVIT OF SERVICE. Patrick Mcfarland served on 2/2/2022, answer due 2/23/2022. Service was accepted by Corinne Nastro. Document filed by Michael D. Cohen..(Laufer, Andrew) (Entered: 02/07/2022) |
| 02/07/2022 | 31 | AFFIDAVIT OF SERVICE. James Petrucci served on 2/2/2022, answer due 2/23/2022. Service was accepted by Corinne Nastro. Document filed by Michael D. Cohen..(Laufer, Andrew) (Entered: 02/07/2022) |
| 02/07/2022 | 32 | AFFIDAVIT OF SERVICE. Enid Febus served on 1/17/2022, answer due 2/7/2022. Service was accepted by Enid Febus. Document filed by Michael D. Cohen..(Laufer, Andrew) (Entered: 02/07/2022) |
| 02/07/2022 | 33 | AFFIDAVIT OF SERVICE. Adam Pakula served on 2/3/2022, answer due 2/24/2022. Service was made by 20 Heron Drive, Marlboro, NJ 07746. Document filed by Michael D. Cohen..(Laufer, Andrew) (Entered: 02/07/2022) |
| 02/21/2022 | 34 | LETTER MOTION for Extension of Time *for defendants to respond to complaint and adjournment of initial conference with corresponding extension of time for pre−conference submission* addressed to Judge Lewis J. Liman from AUSA Allison Rovner dated February 21, 2022. Document filed by United States of America..(Rovner, Allison) (Entered: 02/21/2022) |
| 02/22/2022 | 35 | ORDER granting 34 Letter Motion for Extension of Time. The initial pretrial conference is adjourned to April 7, 2022 at 2:00P.M. in Courtroom 15C, 500 Pearl |

| | | |
|---|---|---|
| | | Street, New York, NY 10007 before Judge Lewis J. Liman. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (ra) (Entered: 02/22/2022) |
| 02/22/2022 | | Set/Reset Hearings: Initial Conference set for 4/7/2022 at 02:00 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman. (mf) (Entered: 02/23/2022) |
| 03/29/2022 | 36 | NOTICE OF APPEARANCE by Alina Habba on behalf of Donald J. Trump..(Habba, Alina) (Entered: 03/29/2022) |
| 03/31/2022 | 37 | LETTER addressed to Judge Lewis J. Liman from Andrew C. Laufer dated 3/31/22 re: Discovery. Document filed by Michael D. Cohen..(Laufer, Andrew) (Entered: 03/31/2022) |
| 03/31/2022 | 38 | LETTER MOTION to Stay *Discovery* addressed to Judge Lewis J. Liman from AUSA Allison Rovner dated March 31, 2022. Document filed by William Barr, Michael Carvajal, Enid Febus, Jon Gustin, Patrick Mcfarland, Adam Pakula, James Petrucci, United States of America..(Rovner, Allison) (Entered: 03/31/2022) |
| 04/04/2022 | 39 | MOTION to Dismiss . Document filed by William Barr, Michael Carvajal, Enid Febus, Jon Gustin, Patrick Mcfarland, Adam Pakula, James Petrucci, United States of America..(Rovner, Allison) (Entered: 04/04/2022) |
| 04/04/2022 | 40 | MEMORANDUM OF LAW in Support re: 39 MOTION to Dismiss . . Document filed by William Barr, Michael Carvajal, Enid Febus, Jon Gustin, Patrick Mcfarland, Adam Pakula, James Petrucci, United States of America..(Rovner, Allison) (Entered: 04/04/2022) |
| 04/04/2022 | 41 | MOTION to Dismiss . Document filed by Donald J. Trump..(Habba, Alina) (Entered: 04/04/2022) |
| 04/04/2022 | 42 | MEMORANDUM OF LAW in Support re: 41 MOTION to Dismiss . . Document filed by Donald J. Trump..(Habba, Alina) (Entered: 04/04/2022) |
| 04/04/2022 | 43 | DECLARATION of Alina Habba in Support re: 41 MOTION to Dismiss .. Document filed by Donald J. Trump. (Attachments: # 1 Exhibit Complaint in the Matter of Robert S. Trump v. Mary L. Trump, et al, # 2 Exhibit Cease and Desist Letter).(Habba, Alina) (Entered: 04/04/2022) |
| 04/06/2022 | | ORDER: The Initial Pretrial Conference scheduled for April 7, 2022 at 2:00P.M. will be held in Courtroom 24B at the 500 Pearl Street Courthouse, and will no longer be held in Courtroom 15C. Instead, Courtroom 15C will be used as an overflow room if needed. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (mf) (Entered: 04/06/2022) |
| 04/06/2022 | 44 | NOTICE OF APPEARANCE by Alyssa O'Gallagher on behalf of William Barr, Michael Carvajal, Enid Febus, Jon Gustin, Patrick Mcfarland, Adam Pakula, James Petrucci, United States of America..(O'Gallagher, Alyssa) (Entered: 04/06/2022) |
| 04/07/2022 | 45 | NOTICE OF APPEARANCE by Michael T Madaio on behalf of Donald J. Trump..(Madaio, Michael) (Entered: 04/07/2022) |
| 04/07/2022 | | Minute Entry for proceedings held before Judge Lewis J. Liman: Initial Pretrial Conference held on 4/7/2022. Jeffrey Levine (present by telephone) and Andrew Laufer present for Plaintiff. Allison Rovner and Alyssa O'Gallagher present for Defendants. Alina Habba and Michael Madaio present for Defendant, Donald J. Trump. Court reporter present. The Court ordered the exchange of initial disclosures by April 18, 2022. Plaintiff is permitted to serve interrogatories and document requests by May 12. 2022. Plaintiff's opposition briefs to motion to dismiss is due by May 27, 2022. Defendants' reply briefs due by June 17, 2022. (mf) (Entered: 04/18/2022) |
| 04/08/2022 | 46 | SUPPLEMENTAL LETTER addressed to Judge Lewis J. Liman from Jeffrey K. Levine dated 04/08/2022 re: Supplement to 04/07/22 Conference. Document filed by Michael D. Cohen..(Levine, Jeffrey) (Entered: 04/08/2022) |
| 04/09/2022 | 47 | SUPPLEMENTAL LETTER addressed to Judge Lewis J. Liman from Alina Habba, Esq. dated April 9, 2022 re: Response to Plaintiff's Supplemental Letter dated April 8, 2022. Document filed by Donald J. Trump..(Habba, Alina) (Entered: 04/09/2022) |

| | | |
|---|---|---|
| 04/22/2022 | 48 | NOTICE of Request for Admission. Document filed by Michael D. Cohen. (Attachments: # 1 Exhibit Order – July 23, 2020 [ECF 30], # 2 Exhibit Stipulation and Order – July 30, 2020 [[ECF 36]).(Levine, Jeffrey) (Entered: 04/22/2022) |
| 04/26/2022 | 49 | TRANSCRIPT of Proceedings re: CONFERENCE held on 4/7/2022 before Judge Lewis J. Liman. Court Reporter/Transcriber: Andrew Walker, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/17/2022. Redacted Transcript Deadline set for 5/27/2022. Release of Transcript Restriction set for 7/25/2022..(Moya, Goretti) (Entered: 04/26/2022) |
| 04/26/2022 | 50 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 4/7/22 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 04/26/2022) |
| 05/12/2022 | 51 | FIRST MOTION to Stay *Discovery*. Document filed by Donald J. Trump..(Habba, Alina) (Entered: 05/12/2022) |
| 05/12/2022 | 52 | MEMORANDUM OF LAW in Support re: 51 FIRST MOTION to Stay *Discovery*. . Document filed by Donald J. Trump..(Habba, Alina) (Entered: 05/12/2022) |
| 05/18/2022 | 53 | FIRST MOTION to Compel Donald J. Trump to produce discovery . Document filed by Michael D. Cohen..(Laufer, Andrew) (Entered: 05/18/2022) |
| 05/18/2022 | 54 | MEMORANDUM OF LAW in Support re: 53 FIRST MOTION to Compel Donald J. Trump to produce discovery . . Document filed by Michael D. Cohen..(Laufer, Andrew) (Entered: 05/18/2022) |
| 05/18/2022 | 55 | DECLARATION of Andrew C. Laufer in Support re: 53 FIRST MOTION to Compel Donald J. Trump to produce discovery .. Document filed by Michael D. Cohen. (Attachments: # 1 Exhibit Donald J. Trump's Initial Disclosures, # 2 Exhibit Order Granting Preliminary Injunction).(Laufer, Andrew) (Entered: 05/18/2022) |
| 05/23/2022 | 56 | MOTION to Stay *Discovery*. Document filed by William Barr, Michael Carvajal, Enid Febus, Jon Gustin, Patrick Mcfarland, Adam Pakula, James Petrucci, United States of America..(Rovner, Allison) (Entered: 05/23/2022) |
| 05/23/2022 | 57 | MEMORANDUM OF LAW in Support re: 56 MOTION to Stay *Discovery*. . Document filed by William Barr, Michael Carvajal, Enid Febus, Jon Gustin, Patrick Mcfarland, Adam Pakula, James Petrucci, United States of America. (Attachments: # 1 Exhibit A (April 7, 2022 conference transcript), # 2 Exhibit B (Discovery Requests)).(Rovner, Allison) (Entered: 05/23/2022) |
| 05/25/2022 | 58 | MEMORANDUM OF LAW in Opposition re: 53 FIRST MOTION to Compel Donald J. Trump to produce discovery . . Document filed by Donald J. Trump. (Attachments: # 1 Affidavit Declaration of Michael Madaio).(Habba, Alina) (Entered: 05/25/2022) |
| 05/27/2022 | 59 | AFFIDAVIT of Andrew C. Laufer in Opposition re: 39 MOTION to Dismiss .. Document filed by Michael D. Cohen..(Laufer, Andrew) (Entered: 05/27/2022) |
| 05/27/2022 | 60 | DECLARATION of Andrew C. Laufer in Opposition re: 39 MOTION to Dismiss .. Document filed by Michael D. Cohen. (Attachments: # 1 Exhibit Decision of the Hon. Alvin K. Hellerstein, # 2 Exhibit United States Government Memorandum).(Laufer, Andrew) (Entered: 05/27/2022) |
| 05/27/2022 | 61 | AFFIRMATION of Andrew C. Laufer in Opposition re: 41 MOTION to Dismiss .. Document filed by Michael D. Cohen..(Laufer, Andrew) (Entered: 05/27/2022) |
| 05/27/2022 | 62 | DECLARATION of Andrew C. Laufer in Opposition re: 41 MOTION to Dismiss .. Document filed by Michael D. Cohen. (Attachments: # 1 Exhibit Decision of Hon. Alvin K. Hellerstein).(Laufer, Andrew) (Entered: 05/27/2022) |
| 05/31/2022 | 63 | AFFIRMATION of Andrew C. Laufer in Opposition re: 56 MOTION to Stay *Discovery*.. Document filed by Michael D. Cohen..(Laufer, Andrew) (Entered: |

| | | |
|---|---|---|
| | | 05/31/2022) |
| 06/02/2022 | 64 | REPLY AFFIRMATION of Andrew C. Laufer in Support re: 53 FIRST MOTION to Compel Donald J. Trump to produce discovery .. Document filed by Michael D. Cohen..(Laufer, Andrew) (Entered: 06/02/2022) |
| 06/02/2022 | 65 | REPLY MEMORANDUM OF LAW in Support re: 56 MOTION to Stay *Discovery*. . Document filed by William Barr, Michael Carvajal, Enid Febus, Jon Gustin, Patrick Mcfarland, Adam Pakula, James Petrucci, United States of America..(Rovner, Allison) (Entered: 06/02/2022) |
| 06/16/2022 | 66 | MEMORANDUM AND ORDER granting 51 Motion to Stay re: 51 FIRST MOTION to Stay *Discovery*., 53 FIRST MOTION to Compel Donald J. Trump to produce discovery ., 56 MOTION to Stay *Discovery*. ; denying 53 Motion to Compel; granting 56 Motion to Stay re: 51 FIRST MOTION to Stay *Discovery*., 53 FIRST MOTION to Compel Donald J. Trump to produce discovery ., 56 MOTION to Stay *Discovery*. The motion to compel a response to discovery is DENIED. The motions for a stay of discovery pending a decision on the motions to dismiss are GRANTED. The Court will set a discovery schedule if the complaint survives the motions in whole or in part. The Clerk of Court is respectfully directed to close Dkt. Nos. 51, 53, 56. (Signed by Judge Lewis J. Liman on 6/16/2022) (rro) (Entered: 06/16/2022) |
| 06/17/2022 | 67 | REPLY MEMORANDUM OF LAW in Support re: 39 MOTION to Dismiss . . Document filed by William Barr, Michael Carvajal, Enid Febus, Jon Gustin, Patrick Mcfarland, Adam Pakula, James Petrucci, United States of America..(Rovner, Allison) (Entered: 06/17/2022) |
| 06/17/2022 | 68 | REPLY MEMORANDUM OF LAW in Support re: 41 MOTION to Dismiss . . Document filed by Donald J. Trump..(Habba, Alina) (Entered: 06/17/2022) |
| 06/21/2022 | 69 | LETTER addressed to Judge Lewis J. Liman from Andrew C. Laufer dated 06/21/2022 re: Cohen v. United States of America, et al 21 cv 10774 (LJL) (GWG). Document filed by Michael D. Cohen..(Laufer, Andrew) (Entered: 06/21/2022) |
| 06/24/2022 | | ORDER: The Court will hear oral argument on the pending motions to dismiss on July 7, 2022 at 4:00PM. The hearing will be held in−person and parties are to appear in Courtroom 15C at the 500 Pearl Street Courthouse. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (mf) (Entered: 06/24/2022) |
| 06/24/2022 | | Set/Reset Hearings: Oral Argument set for 7/7/2022 at 04:00 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman. (mf) (Entered: 06/24/2022) |
| 06/24/2022 | 70 | MEMO ENDORSEMENT on re: 69 Letter filed by Michael D. Cohen. ENDORSEMENT: The Court will receive the letter as a supplement to the opposition to the motion to dismiss. No further briefing may be filed absent leave of the Court. SO ORDERED. (Signed by Judge Lewis J. Liman on 6/24/2022) (vfr) (Entered: 06/24/2022) |
| 06/27/2022 | | ORDER: The Oral Argument on the pending motions to dismiss previously set for July 7, 2022 is RESCHEDULED to July 6, 2022 at 4:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (mf) (Entered: 06/27/2022) |
| 06/27/2022 | | Set/Reset Hearings: Oral Argument set for 7/6/2022 at 04:00 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman. (mf) (Entered: 06/27/2022) |
| 06/27/2022 | 71 | LETTER addressed to Judge Lewis J. Liman from Andrew C. Laufer dated 6/27/2022 re: Adjournment. Document filed by Michael D. Cohen..(Laufer, Andrew) (Entered: 06/27/2022) |
| 06/28/2022 | 72 | ORDER granting 71 Letter from Andrew C. Laufer dated 6/27/2022 re: Adjournment filed by Michael D. Cohen. The Oral Argument on the pending motions to dismiss is RESCHEDULED to July 11, 2022 at 2:30PM in Courtroom 15C at the 500 Pearl Street Courthouse. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (mf) (Entered: 06/28/2022) |

| | | |
|---|---|---|
| 06/28/2022 | | Set/Reset Hearings: Oral Argument set for 7/11/2022 at 02:30 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman. (mf) (Entered: 06/28/2022) |
| 07/01/2022 | 73 | LETTER addressed to Judge Lewis J. Liman from AUSA Allison Rovner dated July 1, 2022 re: request to divide oral argument between AUSAs representing Moving Defendants. Document filed by William Barr, Michael Carvajal, Enid Febus, Jon Gustin, Patrick Mcfarland, Adam Pakula, James Petrucci, United States of America..(Rovner, Allison) (Entered: 07/01/2022) |
| 07/08/2022 | | ORDER: Due to a scheduling conflict, the Oral Argument previously set for July 11, 2022 is RESCHEDULED to July 18, 2022 at 4:30PM in Courtroom 15C at the 500 Pearl Street Courthouse. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (mf) (Entered: 07/08/2022) |
| 07/08/2022 | | Set/Reset Hearings: Oral Argument set for 7/18/2022 at 04:30 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman. (mf) (Entered: 07/08/2022) |
| 07/11/2022 | 74 | LETTER MOTION to Adjourn Conference *(oral argument on pending motions to dismiss)* addressed to Judge Lewis J. Liman from AUSA Allison Rovner dated July 11, 2022. Document filed by William Barr, Michael Carvajal, Enid Febus, Jon Gustin, Patrick Mcfarland, Adam Pakula, James Petrucci, United States of America..(Rovner, Allison) (Entered: 07/11/2022) |
| 07/14/2022 | 75 | ORDER granting 74 Letter Motion to Adjourn Conference. The Oral Argument on the pending motions to dismiss is RESCHEDULED to August 2, 2022 at 4:30PM in Courtroom 15C at the 500 Pearl Street Courthouse. (Oral Argument set for 8/2/2022 at 04:30 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman.) (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (mf) (Entered: 07/14/2022) |
| 08/02/2022 | | Minute Entry for proceedings held before Judge Lewis J. Liman: Oral Argument held on 8/2/2022 re: 39 MOTION to Dismiss filed by William Barr, James Petrucci, Enid Febus, Michael Carvajal, Patrick Mcfarland, Jon Gustin, United States of America, Adam Pakula, and 41 MOTION to Dismiss filed by Donald J. Trump. Jeffrey Levine and Andrew Laufer present for Plaintiff. Allison Rovner and Alyssa O'Gallagher present for Defendants. Alina Habba and Michael Madaio present for Defendant, Donald J. Trump. Court reporter present. The Court heard argument from all parties regarding Defendants' pending motions to dismiss. The Court takes the matter under advisement, decision reserved by the Court. Defendants' directed to order a copy of the transcript on an expedited basis and to split cost between Defendants. (mf) (Entered: 08/11/2022) |
| 11/14/2022 | 76 | OPINION AND ORDER re: 39 MOTION to Dismiss . filed by William Barr, James Petrucci, Enid Febus, Michael Carvajal, Patrick Mcfarland, Jon Gustin, United States of America, Adam Pakula, 38 LETTER MOTION to Stay *Discovery* addressed to Judge Lewis J. Liman from AUSA Allison Rovner dated March 31, 2022. filed by William Barr, James Petrucci, Enid Febus, Michael Carvajal, Patrick Mcfarland, Jon Gustin, United States of America, Adam Pakula, 41 MOTION to Dismiss . filed by Donald J. Trump. The motions to dismiss are GRANTED. The Clerk of Court is respectfully directed to close Dkt. Nos. 38, 39, 41. SO ORDERED. (Signed by Judge Lewis J. Liman on 11/14/2022) (tg) Transmission to Orders and Judgments Clerk for processing. (Entered: 11/14/2022) |
| 11/15/2022 | 77 | CLERK'S JUDGMENT re: 76 Opinion & Order. in favor of United States of America, Adam Pakula, Donald J. Trump, Enid Febus, James Petrucci, Jon Gustin, Michael Carvajal, Patrick Mcfarland, William Barr against Michael D. Cohen. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion & Order dated November 14, 2022, Defendants' motions to dismiss are GRANTED; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 11/15/2022) (nd) (Entered: 11/15/2022) |
| 01/10/2023 | 78 | NOTICE OF APPEARANCE by E. Danya Perry on behalf of Michael D. Cohen..(Perry, E. Danya) (Entered: 01/10/2023) |

| 01/10/2023 | 79 | NOTICE OF APPEAL from 77 Clerk's Judgment,, 76 Memorandum & Opinion,,,. Document filed by Michael D. Cohen. Filing fee $ 505.00, receipt number BNYSDC–27181891. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Perry, E. Danya) Modified on 1/10/2023 (nd). (Entered: 01/10/2023) |
|---|---|---|
| 01/10/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 79 Notice of Appeal,..(nd) (Entered: 01/10/2023) |
| 01/10/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 79 Notice of Appeal, filed by Michael D. Cohen were transmitted to the U.S. Court of Appeals..(nd) (Entered: 01/10/2023) |