**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MICHAEL COHEN,

                      Plaintiff,

    -against-                                      21 **CIVIL** 10774 (LJL)

## JUDGMENT

UNITED STATES OF AMERICA, et al.,

                     Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 14, 2022, Defendants' motions to dismiss are GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

        November 15, 2022

                                                      **RUBY J. KRAJICK**

                                                         **Clerk of Court**

                         **BY:**

                                                        **Deputy Clerk**