**Corrected Caption Sheet**

Short Title: Cohen v. United States of America
Docket No. 23-35

| **Corrected Caption:** |
|---|
| Michael D. Cohen, <br><br>        Plaintiff-Appellant, <br><br>  v. <br><br> United States of America, Donald J. Trump, Former President of the United States, William P. Barr, Former Attorney General of the United States, Michael D. Carvajal, Director of the Bureau of Prisons, Jon Gustin, Administrator of the Residential Reentry Management Branch of the Bureau of Prisons, Patrick McFarland, Residential Reentry Manager of the Federal Bureau of Prisons, James Petrucci, Warden of FCI Otisville, Enid Febus, Supervisory Probation Officer of the United States Probation and **Pretrial** Services, Adam Pakula, Probation Officer of the United States Probation and Pretrial Services, <br>        Defendants-Appellees. |

**Corrections (in bold):**

"Pretrial" was misspelled.