## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Cohen v. United States of America**   Docket No.: **23-35**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Alyssa B. O'Gallagher

Firm: United States Attorney's Office, S.D.N.Y.

Address: 86 Chambers Street, 3rd Floor, New York, NY 10007

Telephone: (212) 637-2822   Fax: (212) 637-2786

E-mail: alyssa.o'gallagher@usdoj.gov

Appearance for: United States of America, William P. Barr, Michael D. Carvajal, Jon Gustin, Patrick McFarland, James Petrucci, Enid Febus, Adam Pakula / Defendants-Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Benjamin H. Torrance / United States Attorney's Office, S.D.N.Y. )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **n/a**   OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Alyssa B. O'Gallagher

Type or Print Name: Alyssa B. O'Gallagher