UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 23-35 _____     _____ Caption [use short title] _____

Motion for: Motion for Pro Hac Vice Admission of

Jon-Michael Dougherty

_____

Set forth below precise, complete statement of relief sought:

Order granting pro hac vice admission to Jon-Michael

Dougherty to appear in the above referenced

proceeding.                                          Cohen v. United States of America

_____

_____

_____

MOVING PARTY: Michael D. Cohen                OPPOSING PARTY: United States of America et al.

   ☑ Plaintiff            ☐ Defendant

   ☑ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: Jon-Michael Dougherty        OPPOSING ATTORNEY: Benjamin H. Torrance

[name of attorney, with firm, address, phone number and e-mail]

Gilbert LLP, 700 Pennsylvania Avenue, SE, Suite 400      United States Attorney's Office, Southern District of New York

Washington, DC 20003, (202) 772-2200        86 Chambers Street, New York, NY 10007, (212) 637-2800

doughertyj@gilbertlegal.com                  Benjamin.Torrance@usdoj.gov

Court- Judge/ Agency appealed from: S.D.N.Y., Hon. Lewis J. Liman

Please check appropriate boxes:                FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND
                                               INJUCTIONS PENDING APPEAL:
Has movant notified opposing counsel (required by Local Rule 27.1):     Has this request for relief been made below?        ☐ Yes ☐ No
   ☑ Yes   ☐ No (explain):_____        Has this relief been previously sought in this court?  ☐ Yes ☐ No
   _____        Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:         _____
   ☑ Unopposed ☐ Opposed ☐ Don't Know      _____
Does opposing counsel intend to file a response:      _____
   ☐ Yes ☑ No ☐ Don't Know              _____

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No If yes, enter date:_____

Signature of Moving Attorney:

_____ Date: 01/23/2023 _____ Service by: ☐ CM/ECF ☑ Other [Attach proof of service]

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

MICHAEL D. COHEN,

      *Plaintiff-Appellant*,

  v.

UNITED STATES OF AMERICA,
DONALD J. TRUMP, former President of
the United States, WILLIAM BARR, former
Attorney General of the United States,
MICHAEL CARVAJAL, Director of the
Bureau of Prisons, JON GUSTIN,
Administrator of the Residential Reentry
Management Branch of the Bureau of
Prisons, PATRICK MCFARLAND,
Residential Reentry Manager of the Federal
Bureau of Prisons, JAMES PETRUCCI,
Warden of FCI Otisville, ENID FEBUS,
Supervisory Probation Officer of the United
States Probation and Pretrial Services,
ADAM PAKULA, Probation Officer of the
United States Probation and Pretrial
Services, and JOHN and JANE DOE (1-10)
agents, servants, and employees of the
United States,

      *Defendant-Appellees*.

Docket No. 23-35

**MOTION FOR *PRO HAC VICE* ADMISSION OF JON-MICHAEL DOUGHERTY**

      COMES NOW Attorney Jon-Michael Dougherty, Of Counsel in the law firm

of Gilbert LLP, and hereby requests admittance *pro hac vice* to appear and represent

Appellant Michael D. Cohen in this matter pursuant to Local Rule 46.1(d).  The

Motion is supported by the Declaration of Mr. Dougherty and the Declaration of E.

Danya Perry, which are filed herewith. As stated in the Declaration of Mr. Dougherty, Mr. Dougherty is a member in good standing of the bars for the District of Columbia, the State of New York, the United States District Court for the Southern District of New York, the United States Bankruptcy Court for the Southern District of New York, and the United States District Court for the District of Wisconsin.

Dated: January 23, 2023  
      Washington, DC

Respectfully submitted,

_____

Jon-Michael Dougherty (*pro hac vice* admission pending)  
GILBERT LLP  
700 Pennsylvania Avenue, SE  
Suite 400  
Washington, DC 20003  
E-mail: doughertyj@gilbertlegal.com  
Telephone: (202) 772-2200  
Facsimile: (202) 772-3333

*Counsel for Appellant Michael D. Cohen*

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

---

MICHAEL D. COHEN,

      *Plaintiff-Appellant*,

  v.

UNITED STATES OF AMERICA, DONALD J. TRUMP, former President of the United States, WILLIAM BARR, former Attorney General of the United States, MICHAEL CARVAJAL, Director of the Bureau of Prisons, JON GUSTIN, Administrator of the Residential Reentry Management Branch of the Bureau of Prisons, PATRICK MCFARLAND, Residential Reentry Manager of the Federal Bureau of Prisons, JAMES PETRUCCI, Warden of FCI Otisville, ENID FEBUS, Supervisory Probation Officer of the United States Probation and Pretrial Services, ADAM PAKULA, Probation Officer of the United States Probation and Pretrial Services, and JOHN and JANE DOE (1-10) agents, servants, and employees of the United States,

      *Defendant-Appellees*.

Docket No. 23-35

**<u>DECLARATION OF JON-MICHAEL DOUGHERTY IN SUPPORT OF HIS MOTION FOR *PRO HAC VICE* ADMISSION</u>**

---

JON-MICHAEL DOUGHERTY, in support of this motion, hereby affirms under penalty of perjury that the following is true and correct:

    1.    I am an Of Counsel in the law firm of Gilbert LLP.

3

2.      I am a member in good standing of the bars for the District of Columbia, the State of New York, the United States District Court for the Southern District of New York, the United States Bankruptcy Court for the Southern District of New York, and the United States District Court for the District of Wisconsin.

3.      I respectfully submit that exceptional circumstances exist to justify admission *pro hac vice* for the purposes of representing the Appellant in this appeal.

4.      Gilbert LLP has represented Mr. Cohen since 2019 and during that time, the law firm and Mr. Cohen have developed a foundation of trust and confidence.

5.      This is an important personal matter for Mr. Cohen, and Mr. Cohen seeks to be represented by counsel with whom he has a strong relationship.

6.      I do not practice in the United States Court of Appeals for the Second Circuit and, beyond this appeal, have no plans to practice in the United States Court of Appeals for the Second Circuit in the future.

WHEREFORE, I respectfully request that the Court grant this Motion and enter an Order for *pro hac vice* admission.

Dated:  January 23, 2023                    Respectfully submitted,
            Washington, DC

_____
Jon-Michael Dougherty (*pro hac vice*

admission pending)
GILBERT LLP
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
E-mail: doughertyj@gilbertlegal.com
Telephone: (202) 772-2200
Facsimile: (202) 772-3333

*Counsel for Appellant Michael D. Cohen*

## CERTIFICATE OF SERVICE

On January 23, 2023, I filed this Motion for *Pro Hac Vice* Admission and supporting documents with the court via electronic mail, and served this motion by electronic mail on:

Benjamin H. Torrance
UNITED STATES ATTORNEY'S OFFICE, SOUTHERN DISTRICT OF NEW YORK
86 Chambers Street
New York, New York 10007
Email: Benjamin.Torrance@usdoj.gov

Allison Rovner
UNITED STATES ATTORNEY'S OFFICE, SOUTHERN DISTRICT OF NEW YORK
86 Chambers Street
New York, New York 10007
Email: Allison.Rovner@usdoj.gov

Alyssa O'Gallagher
UNITED STATES ATTORNEY'S OFFICE, SOUTHERN DISTRICT OF NEW YORK
86 Chambers Street
New York, New York 10007
Email: Alyssa.O'Gallagher@usdoj.gov

Alina Habba
HABBA MADAIO & ASSOCIATES, LLP
1430 US Highway 206
Suite 240
Bedminster, New Jersey 07921
Email: ahabba@habbalaw.com

*Counsel for Defendant-Appellees*

_____
Jon-Michael Dougherty (*pro hac vice*
admission pending)

*Counsel for Appellant Michael D. Cohen*

6