## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Cohen v. United States of America        Docket No.: 23-35

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Allison Rovner

Firm: United States Attorney's Office, Southern District of New York

Address: 86 Chambers Street, 3rd Floor, New York, NY 10007

Telephone: (212) 637-2691        Fax: (212) 637-2750

E-mail: allison.rovner@usdoj.gov

Appearance for: USA, Barr, Carvajal, Gustin, McFarland, Petrucci, Febus, Pakula
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Benjamin Torrance and Alyssa O'Gallagher/U.S. Attorney's Office, S.D.N.Y.)
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on April 23, 2020        OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Allison Rovner

Type or Print Name: Allison Rovner