# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007  Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-35

**Caption [use short title]**

**Motion for:** Motion for Pro Hac Vice Admission of Kami E. Quinn

Set forth below precise, complete statement of relief sought:
Order granting pro hac vice admission to Kami E. Quinn to appear in the above referenced proceeding.

**Cohen v. United States of America**

**MOVING PARTY:** Michael D. Cohen

**OPPOSING PARTY:** United States of America et al.

[✓] Plaintiff  [ ] Defendant
[✓] Appellant/Petitioner  [ ] Appellee/Respondent

**MOVING ATTORNEY:** Kami E. Quinn

**OPPOSING ATTORNEY:** Benjamin H. Torrance

[name of attorney, with firm, address, phone number and e-mail]

Gilbert LLP, 700 Pennsylvania Avenue, SE, Suite 400
Washington, DC 20003, (202) 772-2200
quinnk@gilbertlegal.com

United States Attorney's Office, Southern District of New York
86 Chambers Street, New York, NY 10007, (212) 637-2800
Benjamin.Torrance@usdoj.gov

**Court- Judge/ Agency appealed from:** S.D.N.Y., Hon. Lewis J. Liman

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain):_____

Opposing counsel's position on motion:
[✓] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [✓] No  [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  [ ] Yes  [ ] No
Has this relief been previously sought in this court?  [ ] Yes  [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  [ ] Yes  [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [✓] No  If yes, enter date:_____

**Signature of Moving Attorney:**
/s/ Kami E. Quinn   **Date:** 01/23/2023   **Service by:** [ ] CM/ECF  [✓] Other [Attach proof of service]

Form T-1080 (rev.12-13)

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| MICHAEL D. COHEN,<br><br>    *Plaintiff-Appellant*,<br><br>  v.<br><br>UNITED STATES OF AMERICA, DONALD J. TRUMP, former President of the United States, WILLIAM BARR, former Attorney General of the United States, MICHAEL CARVAJAL, Director of the Bureau of Prisons, JON GUSTIN, Administrator of the Residential Reentry Management Branch of the Bureau of Prisons, PATRICK MCFARLAND, Residential Reentry Manager of the Federal Bureau of Prisons, JAMES PETRUCCI, Warden of FCI Otisville, ENID FEBUS, Supervisory Probation Officer of the United States Probation and Pretrial Services, ADAM PAKULA, Probation Officer of the United States Probation and Pretrial Services, and JOHN and JANE DOE (1-10) agents, servants, and employees of the United States,<br><br>    *Defendant-Appellees*. | Docket No. 23-35<br><br>**MOTION FOR *PRO HAC VICE* ADMISSION OF KAMI E. QUINN** |

    COMES NOW Attorney Kami E. Quinn, a partner in the law firm of Gilbert LLP, and hereby requests admittance *pro hac vice* to appear and represent Appellant Michael D. Cohen in this matter pursuant to Local Rule 46.1(d). The Motion is supported by the Declaration of Ms. Quinn, which is filed herewith. As stated in the

Declaration of Ms. Quinn, Ms. Quinn is a member in good standing of the bars for the District of Columbia, the Commonwealth of Virginia, and the United States Court of Appeals for the Third Circuit.

Dated: January 23, 2023
       Washington, DC

Respectfully submitted,

*/s/ Kami E. Quinn*

Kami E. Quinn (*pro hac vice* admission pending)
GILBERT LLP
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
E-mail: quinnk@gilbertlegal.com
Telephone: (202) 772-2200
Facsimile: (202) 772-3333

*Counsel for Appellant Michael D. Cohen*

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

MICHAEL D. COHEN,

    *Plaintiff-Appellant*,

v.

UNITED STATES OF AMERICA, DONALD J. TRUMP, former President of the United States, WILLIAM BARR, former Attorney General of the United States, MICHAEL CARVAJAL, Director of the Bureau of Prisons, JON GUSTIN, Administrator of the Residential Reentry Management Branch of the Bureau of Prisons, PATRICK MCFARLAND, Residential Reentry Manager of the Federal Bureau of Prisons, JAMES PETRUCCI, Warden of FCI Otisville, ENID FEBUS, Supervisory Probation Officer of the United States Probation and Pretrial Services, ADAM PAKULA, Probation Officer of the United States Probation and Pretrial Services, and JOHN and JANE DOE (1-10) agents, servants, and employees of the United States,

    *Defendant-Appellees*.

Docket No. 23-35

**DECLARATION OF KAMI E. QUINN IN SUPPORT OF HER MOTION FOR *PRO HAC VICE* ADMISSION**

    KAMI E. QUINN, in support of this motion, hereby affirms under penalty of perjury that the following is true and correct:

    1.    I am a partner in the law firm of Gilbert LLP.

3

2. I am a member in good standing of the bars for the District of Columbia, the Commonwealth of Virginia, and the United States Court of Appeals for the Third Circuit.

3. I respectfully submit that exceptional circumstances exist to justify admission pro hac vice for the purposes of representing the Appellant in this appeal.

4. Gilbert LLP has represented Mr. Cohen since 2019 and during that time, the law firm and Mr. Cohen have developed a foundation of trust and confidence.

5. This is an important personal matter for Mr. Cohen, and Mr. Cohen seeks to be represented by counsel with whom he has a strong relationship.

a. I do not practice in the United States Court of Appeals for the Second Circuit and, beyond this appeal, have no plans to practice in the United States Court of Appeals for the Second Circuit in the future.

WHEREFORE, I respectfully request that the Court grant this Motion and enter an Order for *pro hac vice* admission.

Dated: January 23, 2023
Washington, DC

Respectfully submitted,

*/s/ Kami E. Quinn*

Kami E. Quinn (*pro hac vice* admission pending)
GILBERT LLP
700 Pennsylvania Avenue, SE

4

Suite 400
Washington, DC 20003
E-mail: quinnk@gilbertlegal.com
Telephone: (202) 772-2200
Facsimile: (202) 772-3333

*Counsel for Appellant Michael D. Cohen*

5

# CERTIFICATE OF SERVICE

On January 23, 2023, I filed this Motion for *Pro Hac Vice* Admission and supporting documents with the court via electronic mail, and served this motion by electronic mail on:

Benjamin H. Torrance
UNITED STATES ATTORNEY'S OFFICE, SOUTHERN DISTRICT OF NEW YORK
86 Chambers Street
New York, New York 10007
Email: Benjamin.Torrance@usdoj.gov

Allison Rovner
UNITED STATES ATTORNEY'S OFFICE, SOUTHERN DISTRICT OF NEW YORK
86 Chambers Street
New York, New York 10007
Email: Allison.Rovner@usdoj.gov

Alyssa O'Gallagher
UNITED STATES ATTORNEY'S OFFICE, SOUTHERN DISTRICT OF NEW YORK
86 Chambers Street
New York, New York 10007
Email: Alyssa.O'Gallagher@usdoj.gov

Alina Habba
HABBA MADAIO & ASSOCIATES, LLP
1430 US Highway 206
Suite 240
Bedminster, New Jersey 07921
Email: ahabba@habbalaw.com

*Counsel for Defendant-Appellees*

Kami E. Quinn (*pro hac vice* admission pending)

*Counsel for Appellant Michael D. Cohen*

6