## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Cohen v. United States of America        Docket No.: 23-35

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Michael T. Madaio

Firm: Habba Madaio & Associates LLP

Address: 1430 U.S. Highway 206, Suite 240, Bedminster, NJ 07921

Telephone: 908-869-1188      Fax: 908-450-1881

E-mail: mmadaio@habbalaw.com

Appearance for: Donald J. Trump
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Alina Habba / Habba Madaio & Associates LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on  n/a                                                                                           OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Michael T. Madaio

Type or Print Name: Michael T. Madaio