# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of January, two thousand twenty-three.

Before:     José A. Cabranes,
               *Circuit Judge.*

_____

Michael D. Cohen,

    Plaintiff - Appellant,

v.

United States of America, Donald J. Trump, Former President of the United States, William P. Barr, Former Attorney General of the United States, Michael D. Carvajal, Director of the Bureau of Prisons, Jon Gustin, Administrator of the Residential Reentry Management Branch of the Bureau of Prisons, Patrick McFarland, Residential Reentry Manager of the Federal Bureau of Prisons, James Petrucci, Warden of FCI Otisville, Enid Febus, Supervisory Probation Officer of the United States Probation and Pretrail Services, Adam Pakula, Probation Officer of the United States Probation and Pretrial Services,

    Defendants - Appellees.

_____

**ORDER**

Docket No. 23-35

    Jon-Michael Dougherty, Kami E. Quinn, and Sarah A. Sraders seek to be admitted *pro hac vice* for the purpose of representing the Appellant.

    IT IS HEREBY ORDERED that the motions are GRANTED, absent objection. Counsels are directed to register as Filing Users under Local Rule 25.1 to file documents electronically in this case within three (3) days of the date of this order.

                                        For the Court:

                                        Catherine O'Hagan Wolfe,
                                        Clerk of Court

