NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Cohen v. United States of America      Docket No.: 23-35

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jon-Michael Dougherty

Firm: Gilbert LLP

Address: 700 Pennsylvania Ave. SE, Suite 700, Washington, DC 20003

Telephone: 202-772-2415     Fax: 202-772-3333

E-mail: doughertyj@gilbertlegal.com

Appearance for: Michael D. Cohen / Plaintiff-Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: E. Danya Perry / Perry Guha LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on per pro hac vice granted 1/30/2023     OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Jon-Michael Dougherty

Type or Print Name: Jon-Michael Dougherty