

700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
O 202.772.2200
F 202.772.3333

GilbertLegal.com

Kami E. Quinn
202.772.2336
quinnk@gilbertlegal.com

February 6, 2023

**BY ELECTRONIC FILING**

Ms. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Michael D. Cohen v. United States of America, et al.*, No. 23-0035

Dear Ms. Wolfe:

We represent Appellant Michael D. Cohen in the above-captioned appeal. Mr. Cohen filed his Form D on January 23, 2023, indicating that no transcript will be ordered. Pursuant to Local Rule 31.2, we write to notify the Court of our request to file Mr. Cohen's opening brief on or before April 24, 2023, which is within 91 days after the filing of Form D.

Respectfully submitted,


  */s/ Kami E. Quinn*
Kami E. Quinn


cc:   Counsel of record (by electronic filing)