UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of February, two thousand twenty-three,

_____

| | |
|---|---|
| Michael D. Cohen,<br><br>  Plaintiff - Appellant,<br><br>v.<br><br>United States of America, Donald J. Trump, Former President of the United States, William P. Barr, Former Attorney General of the United States, Michael D. Carvajal, Director of the Bureau of Prisons, Jon Gustin, Administrator of the Residential Reentry Management Branch of the Bureau of Prisons, Patrick McFarland, Residential Reentry Manager of the Federal Bureau of Prisons, James Petrucci, Warden of FCI Otisville, Enid Febus, Supervisory Probation Officer of the United States Probation and Pretrial Services, Adam Pakula, Probation Officer of the United States Probation and Pretrial Services,<br><br>  Defendants - Appellees. | **ORDER**<br>Docket No: 23-35 |

_____

  Counsel for APPELLANT has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting April 24, 2023, as the brief filing date.

  It is HEREBY ORDERED that Appellant's brief must be filed on or before April 24, 2023. The appeal is dismissed effective April 24, 2023, if the brief is not filed by that date.

A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).]

                                            For The Court:
                                            Catherine O'Hagan Wolfe,
                                              Clerk of Court