

Alina Habba, Esq.
Managing Partner
ahabba@habbalaw.com
Admitted to practice in NJ, NY, CT

December 13, 2023

**<u>Via ECF</u>**
Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  **Re:** **Michael D. Cohen v. United States of America, et al.**
     **Case No.: 23-0035**

Dear Ms. Wolfe:

  This office represents Defendant-Appellee, Donald J. Trump, in the above-captioned matter. Please be advised that the undersigned will be arguing on Defendant-Appellee's behalf at the oral argument scheduled for Thursday, December 14, 2023, at 10:00am.

  Please do not hesitate to contact our office with any questions or concerns.

          Respectfully submitted,

          Alina Habba, Esq.
          For Habba Madaio & Associates LLP

cc: All counsel of record (via ECF)